IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES L. BRUNDIDGE, #161856, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 2:16-CV-113-WHA
)
CARTER F. DAVENPORT, et al., )
)
    Defendants. )

# **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on June 6, 2018 (Doc. #33). There being no objections to the Recommendation, and after review of the file, it is ORDERED as follows:

1. The Recommendation is ADOPTED;

2. The defendants' motion for summary judgment is GRANTED.

3. Judgment is GRANTED in favor of the defendants.

4. This case is DISMISSED with prejudice.

5. Costs are taxed against the plaintiff.

A separate Final Judgment will be entered in accordance with this order.

DONE this 29th day of June, 2018.

                /s/ W. Harold Albritton
            SENIOR UNITED STATES DISTRICT JUDGE